# EXHIBIT A



US005913180A

# United States Patent [19]

## Ryan

[11] **Patent Number:** **5,913,180**

[45] **Date of Patent:** *Jun. 15, 1999

[54] **FLUID DELIVERY CONTROL NOZZLE**

[76] Inventor: **Michael C. Ryan**, 118 Center Ave., N., Mitchellville, Iowa 50169

[ * ] Notice: This patent issued on a continued prosecution application filed under 37 CFR 1.53(d), and is subject to the twenty year patent term provisions of 35 U.S.C. 154(a)(2).

[21] Appl. No.: **08/872,349**

[22] Filed: **Jun. 10, 1997**

### Related U.S. Application Data

[63] Continuation of application No. 08/402,199, Mar. 10, 1995, abandoned.

[51] **Int. Cl.**[6] .............................. **G06F 17/60**; G01F 15/06

[52] **U.S. Cl.** ........................... **702/45**; 235/375; 235/381; 340/825.31; 340/825.35; 705/413

[58] **Field of Search** ................................ 222/1; 235/375, 235/380, 381; 340/825.3, 825.31, 825.33, 825.35; 364/510; 705/413; 702/45, 46, 47

[56] **References Cited**

#### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,250,550 | 2/1981 | Fleischer | 364/465 |
| 4,263,945 | 4/1981 | Van Ness | 141/98 |
| 4,345,146 | 8/1982 | Story et al. | 235/381 |
| 4,482,964 | 11/1984 | Berstein et al. | 364/465 |
| 4,488,153 | 12/1984 | Lange | 343/6.5 SS |
| 5,088,621 | 2/1992 | Thompson et al. | 222/1 |
| 5,184,309 | 2/1993 | Simpson et al. | 364/510 |
| 5,204,819 | 4/1993 | Ryan | 364/465 |
| 5,359,522 | 10/1994 | Ryan | 364/465 |
| 5,727,608 | 3/1998 | Nusbaumer et al. | 141/94 |

#### FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| 0040544 | 11/1981 | European Pat. Off. . |
| 0204542 | 12/1986 | European Pat. Off. . |
| 0349316 | 1/1990 | European Pat. Off. . |
| 2518285 | 6/1983 | France . |
| 2600318 | 12/1987 | France . |
| 57-032144 | 2/1982 | Japan . |
| 84/00869 | 3/1984 | WIPO . |

*Primary Examiner*—Edward R. Cosimano
*Attorney, Agent, or Firm*—Kent A. Henrink; Daniel A. Rosenberg; Davis, Brown, Koehn, Shors & Roberts, P.C.

[57] **ABSTRACT**

A fluid delivery nozzle for wireless communication to either an active or a passive device located on a vehicle and for wireless communication from the fluid delivery nozzle to a central location for storage of vehicle data. Upon initiation of a fluid delivery transaction, a communication link is established between a vehicle communication device and the central location and between a fluid container of the vehicle and the fluid delivery nozzle. The information received from the vehicle and container is relayed to the central location to authorize delivery of a fluid to the vehicle. Information is also transferred from the central location back and forth to the fluid delivery nozzle to update and store information regarding the fluid delivery transaction. A keyboard and display are provided on the fluid delivery nozzle to provide an operator interface during the fluid delivery transaction. Using the keyboard, the operator may directly control the delivery of fluid to the container or may respond to information displayed on the nozzle during the fluid delivery transaction.

**17 Claims, 22 Drawing Sheets**





*FIG. 1*



*FIG. 2*



*FIG. 3*

*FIG. 4*





*FIG. 5*



*FIG. 6*



FIG. 7



FIG. 8



FIG. 9



FIG. 10

*FIG. 11*





FIG. 12



*FIG. 13*



FIG. 14



*FIG. 15*



FIG. 16



FIG. 17



FIG. 18



FIG. 19

*FIG. 20*





FIG. 21



*FIG. 22*

5,913,180

1

## FLUID DELIVERY CONTROL NOZZLE

This application is a continuation application of Ser. No. 08/402,199, filed Mar. 10, 1995, now abandoned.

### BACKGROUND OF THE INVENTION

The present invention relates generally to a nozzle for controlling the delivery of fluid to a container or reservoir and, more specifically, to a nozzle for the exchange of security, identification, and transaction information between a container, such as a fuel or other fluid storage tank, and a fluid delivery system.

The delivery and control of the delivery of fluids is ubiquitous, varying from water, such as for irrigation, liquefied petroleum gas (propane), oxygen and other gases, and petroleum based fuels such as gasoline and diesel fuel. As a specific example, many vehicles are operated as a part of a commercial enterprise wherein detailed and accurate records are needed to account properly for the use of the vehicle and to support income tax return filings. Very often the vehicle is owned other than by the operator and fuel used by the vehicle is purchased by the absentee owner at the time a fuel delivery is made. Accurate and reliable records are necessary to assure that the appropriate vehicle receives the purchased fuel and, to the extent possible, that the miles logged by the vehicle correspond to actual commercial, not private, use.

To address these requirements of fluid delivery and control, devices such as those described in U.S. Pat. No. 5,204,819 and U.S. Pat. No. 5,359,522 provide means for radio frequency communication between a fluid delivery device and a fluid container. To increase the efficiency and desirability of these aforementioned devices, it would be beneficial to provide means for communicating information received during a fluid delivery directly from the fluid delivery nozzle via a wireless communicative link. It would be additionally desirable to allow an operator to input information directly into the nozzle during a fueling operation and to have information displayed on the nozzle for viewing by the operator. The following specification and claims address these supplemental advantages.

### SUMMARY OF THE INVENTION

The present invention includes a fluid delivery nozzle for delivering fluid from a fluid delivery device to a fluid container and for communicating information regarding a fluid delivery transaction to a remote device. A nozzle capable of controlling flow of fluid from a fluid delivery device to a fluid container is provided. Provided on the nozzle are input means for allowing information regarding the fluid delivery transaction to be inputted into the nozzle. Coupled to the input means are transmitting means for transmitting the information regarding the fluid delivery transaction. Also provided on the nozzle are display means for allowing information regarding the fluid delivery transaction to be displayed on the nozzle. Receiving means are coupled to the display means for receiving information regarding the fluid delivery transaction.

In a preferred embodiment, a fluid container with an associated information storage and retrieval device is provided. A first information storage and retrieval device is secured to the nozzle. Associated with a remote location is a second information storage and retrieval device. Means are associated with the second information storage and retrieval device for transmitting information relative to a fluid delivery transaction from the second information storage and retrieval device to the first information storage and retrieval device.

2

Means are associated with the first information storage and retrieval device for wireless communication with the second information storage and retrieval device. The input means are an operator input keyboard associated with first information storage and retrieval device which allows an operator to input information directly from the nozzle during the fluid delivery transaction. The display means are a liquid crystal display associated with the first information storage and retrieval device to give the operator information regarding the fluid delivery transaction, previous fluid deliveries, and diagnostics relating to the vehicle to which the fluid container is attached.

An object of the present invention is to provide a fluid delivery control system which eliminates hardwire connection between a fluid delivery nozzle and a fluid delivery device.

Another object of the present invention is to provide a fluid delivery control apparatus which may be quickly and inexpensively installed on an existing fluid nozzle.

A further object of the present invention is to allow existing fluid nozzles to interface with existing information transmission devices provided on various vehicles.

Still another object of the present invention is to provide operator control of a fluid delivery transaction directly from a fluid nozzle.

Another object of the present invention is to provide feedback to an operator from a fluid nozzle during a fluid delivery transaction.

Yet another object of the present invention is to provide means on a fluid nozzle for communicating with either a passive or active transponder regarding information concerning a fluid delivery transaction.

Yet another object of the present invention is to provide means for inductively charging a fluid nozzle when the fluid nozzle is docked into a docking station.

### BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1 is a diagrammatical view of a vehicle and two trailers on which transponders have been installed and including a schematic block diagram of the exchange of information between a saddle pack, a terminal site controller, and the vehicle;

FIG. 2 is a perspective view of the saddle pack of the present invention;

FIG. 3 is a side elevation in partial phantom showing the saddle pack of FIG. 1 secured to a fluid delivery nozzle;

FIG. 4 is a top plan view of the display and input panel of the saddle pack of FIG. 2;

FIG. 5 is a side elevation in partial phantom showing an alternative embodiment of the present invention having a flow meter integrated into the fluid delivery nozzle;

FIG. 6 is a diagrammatical view of the saddle pack and the communicative links between the saddle pack, the fluid delivery device, and the terminal site controller;

FIG. 7 is a schematic block diagram of a central processing unit and peripherals of a truck tractor vehicle identification module with which the saddle pack of FIG. 2 may communicate.

FIG. 8 is a schematic block diagram of a truck trailer identification module with which the truck tractor vehicle identification module may communicate;

FIG. 9 is a schematic block diagram of an automobile identification module with which the saddle pack of FIG. 2 may communicate;

5,913,180

3

FIG. 10 is a schematic block diagram of a mobile equipment identification module with which the saddle pack of FIG. 2 may communicate;

FIG. 11 is a schematic block diagram of a low power threshold detector module with which the saddle pack of FIG. 2 may communicate;

FIG. 12 is a schematic block diagram of a fuel docking station which charges the saddle pack of FIG. 1;

FIG. 13 is a schematic block diagram of an alternative embodiment of the fuel docking module of FIG. 12;

FIG. 14 is a schematic block diagram of the fuel nozzle module contained within the saddle pack of FIG. 1;

FIG. 15 is a schematic block diagram of an alternative embodiment of a fuel nozzle module contained within the saddle pack of FIG. 1;

FIG. 16 is a schematic block diagram of a terminal site controller with which the saddle pack of FIG. 1 may communicate;

FIG. 17 is a schematic block diagram of a vehicle identification module of the vehicle of FIG. 1;

FIG. 18 is a schematic block diagram of alternative readers for communicating with the vehicle identification module of the vehicle shown in FIG. 1;

FIG. 19 is a schematic block diagram of a fuel pump truck module of the apparatus of the present invention;

FIG. 20 is a schematic block diagram of a passive transponder associated with a fluid container;

FIG. 21 is a schematic block diagram of an electrical circuit that is added to the fluid delivery module of FIG. 20 for use with the passive transponder; and

FIG. 22 is a diagrammatical view of a jumpered programming plug communicating with the vehicle identification module and the passive transponder.

## DETAILED DESCRIPTION OF A PREFERRED EMBODIMENT

FIG. 2 shows a perspective view of a nozzle saddle pack 768 of the present invention secured to a standard fuel nozzle 766. A truck tractor 12 (FIG. 1) is provided with a vehicle identification module 10 and a passive transponder 772 secured near a fuel tank orifice 773 of the truck tractor 12. The saddle pack 768 of the present invention is provided with a fuel nozzle module 24 which is coupled to a fuel nozzle coil 28 (FIG. 3). The fuel nozzle coil 28 communicates via radio frequency communication with the passive transponder 772 upon insertion of the nozzle 766 into the fuel tank orifice 773 of the truck tractor 12. The passive transponder 772 transmits a unique identification code to the fuel nozzle module 24 located within the saddle pack 768 (FIGS. 1–3).

The nozzle 766 is connected by a fuel hose 762 to a stationary fuel dispenser 764 (FIG. 6). The saddle pack 768 communicates the unique identification code via radio frequency transmission to a terminal site controller 702. The terminal site controller polls the vehicle identification module 10 to receive the passive transponder identification number and diagnostics relating to the truck tractor 12. The terminal site controller 702 correlates the unique identification codes for a match and communicates the diagnostics to the saddle pack 768 which sent the unique identification code.

The terminal site controller 702 is typically located within a one hundred meter radius of the fuel dispenser 764 and is capable of storing data received from the fuel dispenser 764,

4

the saddle pack 768 and the vehicle identification module 10. From the terminal site controller 702, the information may either be printed out, stored until a later date, or transmitted over telephone lines or the like to the appropriate financial institution for payment to the fuel pump owner for the fluid delivery made to the truck tractor 12.

A diagrammatical view of the present invention is illustrated in FIG. 1, particularly, a preferred embodiment wherein a vehicle identification module 10 is located on board a truck tractor 12 to which is attached a first trailer vehicle 14 and a second trailer vehicle 16. During the course of operation of the truck tractor 12 and associated trailers 14 and 16, it is desirable to collect, store and transmit a variety of data regarding the vehicle via radio frequency communication. While in the preferred embodiment of the present invention information is transmitted via radio frequency communication, information may be transferred by any suitable means, including, but not limited to, hardwire, infrared, surface acoustic wave, etc. It is desirable to control refueling operations so that fuel delivered to the vehicle is properly recorded and charged, to prevent theft of fuel, and to provide an easy and convenient method for recording and communicating such information to a central processing location.

In summary, information is collected by sensors located on the truck tractor 12 and associated trailers 14 and 16, or via direct communication from outside devices, and is stored on identification modules. The vehicle identification module 10 is located on the truck tractor 12 and acts as a central collection point. A first trailer identification module 18 is located on the first trailer 14 and a second trailer identification module 20 is located on the second trailer 16. The trailer identification modules 18 and 20 are in communication with the vehicle identification module 10. Information and data collected on the trailer identification modules 18 and 20 may either be communicated at once to the vehicle identification module 10 or may be stored for later communication.

In operation, an operator will enter the truck tractor 12 and will insert an operator identification module 22 into the truck tractor identification module 10. While this detailed description references a truck tractor 12, it should be noted that any fluid container, such as a beer keg, herbicide drum, or paint canister, may be used in the present invention. The operator's name, drivers license number, credit information and usage unique identification code will be transmitted from the operator identification module 22 to the vehicle identification module 10. The operator identification module 22 is preferably a passive transponder, but may be any other means for inputting an operator identification into the vehicle identification module 10. If the unique identification code is correctly identified by the vehicle identification module 10 as an authorized code, the operator will be allowed to start the engine and drive the truck tractor 12. During operation of the truck tractor 12, the vehicle identification module 10 will collect and record the date and time when the engine was started, miles driven by the truck tractor 12, hours of operation of the engine, and other information as will be described in further detail below.

As described above, a trailer identification module 18 is located on board the first trailer 14. The first trailer identification module 18 has recorded on it a trailer identification number and the accumulated mileage that the first trailer 14 has been pulled by a truck tractor 12. Upon connection of the truck tractor 12 to the first trailer 14, a radio frequency (RF) communication link is established between the vehicle identification module 10 and the trailer identification module 18.

5,913,180

| 5 | 6 |

The vehicle identification module **10** reads from the trailer identification module **18** the trailer identification number and accumulated mileage total. Additionally, the vehicle identification module **10** authorizes the release of the air brakes of the trailer **14**, as will be described in further detail below, to allow the trailer **14** to be towed behind the truck tractor **12**. As the trailer **14** is towed, the distance traveled is communicated from the vehicle identification module to the trailer identification module **18** where it is used to increment the accumulated mileage. Upon disconnect of the truck tractor **12** from the first trailer **14**, the accumulated mileage is written to nonvolatile memory on the trailer identification module **18** where it will be retained until the trailer **14** is again connected to a truck tractor that is equipped with the appropriate apparatus of the present invention.

The second trailer identification module **20** is located on board the second trailer **16** and functions identically to that of the first trailer identification module **18** upon its connection to the truck tractor **12** behind the first trailer **14**. The trailer identification numbers, elapsed mileage on the trailers **14** and **16**, and other information may be stored at the vehicle identification module **10** for bookkeeping and data collection purposes as will be described below.

The nonvolatile memory of the trailer identification modules **18** and **20** can also be used to store manifest information regarding the contents of the corresponding trailer, either when such contents are loaded or from the vehicle identification module **10**. Such manifest information, as well as other information stored in the nonvolatile memory of the trailer identification modules **18** and **20**, can be communicated to the vehicle identification module **10**, to a remote device via a communication link, and/or to a portable storage device such as a memory key available from Datakey Corporation, Burnsville, Minn., or a passive transponder with embedded memory such as is available from Texas Instruments®, Indala®, and NDC Automation, Inc., **3101** Latrobe Drive, Charlotte, N.C.

As shown in FIG. **22**, the passive transponder **772** and vehicle identification module **10** are preferably not directly coupled to one another. Accordingly, after the passive transponder **772** has been installed on the truck tractor **12**, a hand-held transponder scanner/jumpered programmer **784** is used to poll the passive transponder **772** to read the transponder's unique factory installed identification code or an operator specified code if the transponder is read/write. The programmer **784** is preferably provided with a jumpered programming plug **786** which is plugged into a radio frequency modem **722** coupled to the vehicle identification module **10**. The programmer **784** then downloads the identification code of the passive transponders **772** into the vehicle identification module **10** through the RS-232 serial port to flash memory. This procedure is repeated with all other fluid container passive transponders **772** on the truck tractor **12** until all of the unique identification codes are stored on the vehicle identification module **10** and correlated with their location on the truck tractor **12**.

A refueling operation will now be described. In the most common situation, the truck tractor **12** will drive up to a fuel delivery location such as a fuel service station. As the truck tractor **12** approaches the fuel delivery location, the terminal site controller **702** polls the vehicle identification module **10** to receive engine diagnostics along with all of the unique identification codes of the passive transponders **772** located on the truck tractor **12**. The engine diagnostics may include, inter alia, hours of engine operation, miles traveled, fuel consumed, fuel cost, dates and times of engine operation, dates and times of fueling operations, manifest information

regarding the cargo carried in the vehicles, operator information, and the like. A fuel nozzle module **24** (FIG. **3**) is located within a saddle pack **768** which is releasably secured to a fuel nozzle **766**. The nozzle **766** is connected to a fuel dispenser **764** by a hose **762** and is used to deliver fuel to the truck tractor **12** (FIG. **6**). The fuel nozzle **766** is inserted into a filler neck of a fuel tank (not shown) of the truck tractor **12** during the fueling operation. Associated with the filler neck of the truck tractor **12** is the passive transponder **772**. An inductive fuel nozzle coil **28** is associated with the fuel nozzle module **24** of the saddle pack **768** to poll the passive transponder (FIGS. **3** and **14**).

A passive transponder, indicated generally at **772** in FIG. **20**, stores identification information for subsequent, repeated transmission to a fluid delivery device for the purpose of authorizing a fluid delivery transaction and for record keeping purposes regarding the transaction. The passive transponder **772** has no independent battery or other power source. Operational energy is received from an active communication module, indicated generally at **1000** in FIG. **21**, and associated with the fuel nozzle module **24** (FIG. **3**).

Identification information, such as the identity of a fluid container, fluid type for the container, and equipment type is stored in a programmable, read-only memory device **902**. In the preferred embodiment, 64 bits of information are stored on the PROM **902**. Alternatively, the passive transponder **772** may serve as an identification device for a person rather than a fluid container. In such an instance, the information stored on the PROM **902** would be information identifying the person. In either event, the information is used for security and record keeping purposes.

Operational energy for the passive transponder **772** is transmitted from the active communication module **1000**. A coil driver **1002** is connected to the CPU **532** or **632** in a similar manner as the coil drivers **574**, **74**, or **774**. When the coil driver **1002** is enabled, a 153.6 kHz signal from the clock oscillator **1004** drives an LC circuit including a power transmit coil **1006** and a capacitor **1008** selected to tune the LC circuit to 153.6 kHz. The power transmit coil **1006** generates an RF signal at 153.6 kHz.

The passive transponder **772** includes a power receive coil **904** across which is connected a capacitor **906** selected to tune the coil to receive the 153.6 kHz power signal. The signal is passed through a rectifier **908** which puts out a supply voltage for powering the other components of the passive transponder **772**. The 153.6 kHz signal received by the power receive coil **904** is also sent to a counter **910** which controls the PROM **902** and sends a 4800 Hz signal to a phase shift key encoder **912** and a 76.8 kHz signal (one-half of 153.6 kHz) to a FSK modulator **914**. The FSK encoder **912** and modulator **914** transmit the information stored on the PROM **902** through an LC circuit tuned to 76.8 kHz including a signal transmitting coil **916** and an appropriate capacitor **918**. In the preferred embodiment, the 64 bits of information is transmitted in approximately 100 milliseconds.

The clock oscillator **1004** of the active communication module **1000** (FIG. **21**) sends a 76.8 kHz signal to a synchronous demodulator **1010** which is connected to an LC circuit tuned at 76.8 kHz, including a capacitor **1014** and a signal receiving coil **1012**. The coil **1012** may be any of the coils **26**, **76** or **80** of the vehicle identification module **10** (FIG. **7**), coils **126**, **176** or **180** of the trailer identification module **18** (FIG. **8**), coil **226** of the automotive module **11** (FIG. **9**), or coil **326** of the mobile equipment module **13** (FIG. **10**).

5,913,180

7

The signal from the demodulator **1010** passes through a low pass filter **1016** and through a phase shift key decoder **1018** to a shift register **1020** which is connected to the data bus of any of the CPUs **32**, **132**, **232**, **332** or **432**, depending on the application.

In a working embodiment used to identify a person, the power transmit coil **1006** and the power receiving coil **904** are approximately rectangular, having dimensions of three-fourths inch by two and one-half inches, consisting of eleven turns of thirty gauge copper wire. If a one-half amp signal is put through the power transmit coil **1006**, an effective distance between the coils has been found to be approximately one-half inch, which results in a five milliamp signal at the rectifier **908** which is sufficient to power the passive identification module **900** to transmit its 64 bits of stored information.

If used to identify a fuel container, the size of the passive transponder **772** can be substantially increased to increase correspondingly the communication distance between the power receive coil **904** and the signal transmitting coil **916** and the corresponding coils of the active communication module **1000**. Sufficient power can be transmitted over about six inches if the power transmit and receive coils are approximately five inches in diameter. The personal identification embodiment can be used to authorize a fuel delivery transaction to a fuel container that is not equipped with an identification module. Alternatively, the person identification embodiment can be used either in conjunction with a passive transponder **772** associated with the fuel container or any of the modules discussed above.

The passive identification module thus functions like an identification card but which can be "petted" and read at a distance, permits the components of the active communication module **1000** to be completely sealed from the environment, is tamper proof, and can identify either a fuel container or an authorized person attempting to initiate a fuel delivery transaction.

Although the passive transponder **772** is used in the preferred embodiment, the active communication module **1000** with an inductive coil **26** may be used to transmit a unique identification code. The alternative inductive coil **26** would be in direct communication with the vehicle identification module **10** and in inductive communication with the fuel nozzle module **24** via the fuel nozzle coil **28** (FIGS. 3 and 14). Voltage signals present in either active communication module **1000** or the fuel nozzle coil **28** would be transmitted to and received when the two coils are in communicating proximity. In this manner, the vehicle identification module **10** and the fuel nozzle module **24** could intercommunicate directly during a fuel delivery operation.

In an alternative embodiment of the present invention, a magnetic card reader **786** is incorporated into the housing **728** of the saddle pack **768** and coupled to the fuel nozzle module **24** to allow the operator to identify the operator and/or the truck tractor **12** if either one is not equipped with a passive transponder and/or to allow for automatic payment of fuel.

In the preferred embodiment of the present invention, upon insertion of the fuel nozzle **766** into the filler neck of the truck tractor **12**, the fuel nozzle module **24** sends a power signal to the passive transponder **772** (FIGS. 1 and 3). In response to the power signal, the passive transponder **772** transmits a unique identification code to the fuel nozzle module **24** together with the unique identification code of the passive transponder **772**. The fuel nozzle module **24** sends the unique identification code from the saddle pack

8

**768** via a 916.5 MHz radio signal to a terminal site controller **702**. Preferably, the fuel nozzle module **24** sends the information via a low power radio data link **667** contained within the saddle pack **768**. While a spread spectrum radio on a PCMCIA card has been found to work well in the present invention, any suitable communication means may be used, including, but not limited to, hardwired, cellular, lan card, or other known wireless communication means. If the terminal site controller **702** matches the unique identification code of the passive transponder with the unique identification code stored on the vehicle identification module **10**, the terminal site controller **702** activates the fuel dispenser **764** via a hardwired or wireless connection. In addition to initiating fuel delivery, the terminal site controller relays the diagnostic information to the appropriate saddle pack **768** via wireless communication (FIGS. 1 and 3).

Before delivery of the fuel, the operator may input either a dollar amount or a volume amount into the keyboard **744** on the saddle pack **768**. This information is transferred via radio frequency communication to the terminal site controller **702** which automatically starts fuel delivery and stops fuel delivery after the specified dollar amount or volume of fuel has been delivered. This automatic shutoff feature allows the operator to leave the fueling site during the fueling process without the risk of overfilling the truck tractor **12**.

An additional saddle pack **768** may be attached to a satellite nozzle (not shown) if it is desired to fill two or more tanks of the truck tractor **12** simultaneously. Every tank of the truck tractor **12** is preferably equipped with a separate one of the passive transponders **772** with each passive transponder **772** being uniquely coded to identify a particular tank. If either nozzle **766** is removed from its respective tank, fuel delivery to that nozzle **766** is discontinued. Accordingly, if it is desired to fill two or more tanks of the truck tractor **12** simultaneously, the use of multiple saddle packs **768** and passive transponders **772** prevents the filling of an unauthorized container with the satellite nozzle while the main nozzle **766** is filling an authorized container.

During the fueling process, information relating to the cost of the fuel being delivered, the fuel type, the volume of fuel, the saddle pack code, and the station identification number is collected at the terminal site controller **702**, transmitted either from the saddle pack **768** via RF communication or from the fuel dispenser **764** via a hardwired connection. Although the terminal site controller **702** is preferably used to store and transmit information back and forth from both the vehicle identification module **10** and fuel nozzle module **24**, the fuel nozzle module **24** may be used to communicate directly with the vehicle identification module if the network and storage capabilities of the terminal site controller **702** are not needed.

FIG. 16 shows the terminal site controller **702** having a serial data port **704**. Preferably, the terminal site controller **702** is a personal computer (PC) coupled via RS-485 or RS-232 communication to existing pump motor controllers **778** provided within the fuel dispenser **764** or terminal site controller **702**. Communication with the pump motor controllers **702** allows information regarding the type and volume of fuel delivered to be stored at the terminal site controller **702** for later use. The terminal site controller **702** is also coupled to a low power radio data link **706** having a transmitter module **708** and a receiver module **710** to provide communication with the saddle pack **768**. Preferably, the PC is provided with software to allow the terminal site controller **702** to interface with the existing pump motor controllers **778** and with information received

5,913,180

9                                                    10

from the saddle pack **768**. Preferably, the terminal site controller **702** is provided with means for archiving information regarding previous fuel deliveries and is also provided with network capabilities, either regional or nationwide, to allow data collection and recognition of various vehicles being fueled by the present invention.

The saddle pack **768** is shown in FIGS. 2–4. As shown in FIG. 3, the saddle pack **768** is provided with a high density polyethylene injection molded housing **728** designed for receipt of the fuel nozzle **766**. Preferably, the fuel nozzle **766** is provided with a valve nut **730** which allows the saddle pack **768** to be locked into place. Before the saddle pack **768** is slid over the nozzle **766**, a lock cap **732** is placed over the valve nut **730**. The lock cap **732** is provided with a sleeve which accommodates a lock bolt **734** after the saddle pack **768** is slid over the nozzle **766**. The lock bolt **734** is inserted through the housing **728** and the sleeve of the lock cap **732** to secure the lock cap **732** and housing **728** from inadvertent removal from the nozzle **766**. Preferably, the lock cap **732** is provided with a clevis **736** which grasps the lock bolt **734** and prevents its inadvertent removal from the lock cap **732**. The lock bolt **734** is provided with a special head which prevents its removal without the use of a tool kept by the owner of the fueling station.

A schematic drawing of the fuel nozzle module **24** is illustrated in FIG. 14, with 600 series numbers identifying elements corresponding to the elements of the other identification modules. The fuel nozzle module **24** includes a nickel metal hydride battery pack **673** or an optional removable rechargeable battery pack **675**, both of which supply twelve volts to a voltage regulator **677** which, in turn, provides five volts of DC operating current to the fuel nozzle module **24**.

Preferably, the coil **28** is coupled to a multiplexer **679** which toggles use of the coil **28** from charging the battery pack **673** to communicating information to and from the fuel nozzle module **24**. The multiplexer **679** is coupled to a battery recharge management system **681** which charges the battery pack **673** after receiving an influx of power. As shown in FIG. 3, the fuel nozzle module **24** is located within the saddle pack **768**. An alternative embodiment of the fuel nozzle module **24** is shown in FIG. 15. As shown, the multiplexer **679** is eliminated and a separate power coil **683** is provided and coupled directly to the battery recharge management system **681**. A separate communication coil **685** is provided to allow the fuel nozzle module **24** to communicate information without having to provide the fuel nozzle module **24** with a multiplexer **679**.

The saddle pack **768** is provided with an interface board **738** surrounded on all sides by a soft rubber boot **740** to protect the interface board **738** from jarring and damage during operation (FIG. 3). The interface board **738** has both a liquid crystal display **742** and a keyboard **744** to allow a operator to both receive and send information from the saddle pack **768**. As shown in FIG. 4, the keyboard **744** is preferably provided with number keys **746** labeled zero through nine, four directional keys **748**, a clear key **750**, and an enter key **752**. The keys are preferably self-cleaning sealed Hall-effect buttons thereby eliminating any openings in the keyboard **744** which would allow dust or corrosive material to enter the saddle pack **29**. The keyboard **744** is ergodynamically constructed to allow ease of operation by a thumb of an operator as the operator is holding the nozzle **766**. In accordance with this object, the clear key **750** and enter key **752** are preferably larger than the remaining keys and positioned lower on the keyboard **744** to allow ease of use.

As shown in FIG. 4, the display **742** is preferably a six-line liquid crystal display capable of supporting full graphics but may be any suitable type of display device. The display **742** may also be provided with a heater (not shown) to facilitate operation of the display **742** in cold weather. It is preferable that both the display **742** and keypad **744** are substantially impervious to corrosive fluids and ultraviolet light found around fueling stations. The saddle pack **768** is also preferably provided with a magnetic card reader **786** coupled to the fuel nozzle module **24** to allow the operator to enter information via a magnetic strip card (not shown).

As shown in FIG. 3, the nickel metal hydride battery pack **673** is positioned within the housing **728**. If it is desired, a small door (not shown) may be provided in the housing **728** to provide easy removal and replacement of the battery pack **673** from the housing **728**.

Also provided within the housing **728** is a master microcontroller board **754** containing the central processing unit **632** and the supporting peripherals shown in FIG. 14. As shown in FIG. 14, the keyboard is interfaced with the CPU **632** as is the liquid crystal display **642**.

As shown in FIG. 3, the coil **26** is provided within the housing **728** and completely surrounds the nozzle **766**. This preferred positioning of the coil **28** allows for communication of the coil **28** with the truck tractor **12** during a fueling operation. It also allows the coil **26** to transmit operational energy to the battery pack **673** during docking of the nozzle **766**. It should be noted that while placement around the nozzle **766** is preferred, any positioning which allows communication of the coil **28** with the truck tractor **12** may be used.

In an alternative embodiment of the present invention, the fuel nozzle module **24**, keyboard **744**, display **742**, and battery pack **673** are integrated into the nozzle **766** thereby eliminating the saddle pack **768** (FIG. 5). Additionally, a magnetic card reader **786** and a laser bar code reader **788** may be integrated into the nozzle **766** to allow credit card information to be downloaded to the fluid nozzle module **24** and to allow a standard bar-code **794** to be substituted for the passive transponder **772** (FIGS. 5 and 6). By integrating the nozzle **766**, the hardwire connection between the terminal site controller **702** and the pump pulser can be eliminated. Replacing this connection is a turbine flow sensor **774** which is positioned within the nozzle **766** along the path of fuel flow. A self-contained turbine flow sensor frequency generator manufactured by Great Plains Industries, Inc. of Wichita, Kans., is preferable for petroleum delivery. If a material other than gasoline is dispensed, such as oil, a Graco® in-line electronically metered valve or similar oil metering device may be used. The turbine flow sensor **774** is hardwired to the fuel nozzle module **24** to allow transmission of fuel delivery information to the fuel nozzle module **24**. As fuel flows past the turbine flow sensor **774**, the frequency generator within the turbine flow sensor sends pulses to the fuel nozzle module **24** for each incremental amount, e.g. (one tenth of one gallon) that flows past the turbine flow sensor **774**. From the terminal site controller **702**, information relating to the truck tractor **12** is transmitted via a 916.5 MHz radio signal to the fuel nozzle module **24**. Similarly, information relating to the fuel delivery may be transferred from the terminal site controller **702** to the vehicle identification module **10** via a 916.5 MHz radio signal (FIGS. 7 and 16). Preferably, the terminal site controller **702** subsequently transmits the information, e.g., over telephone lines, to the owner of the truck tractor **12** and, in certain circumstances, to the appropriate financial institution for payment to the fuel pump owner for the fuel delivery made to the truck tractor **12** (FIGS. 1 and 16).

5,913,180

11

At short intervals during the fuel delivery operation, the fuel nozzle module 24 continues to inquire for the unique identification code from the passive transponder 772. If the appropriate unique identification code is not received, the fuel nozzle module 24 will send a signal to the terminal site controller 702 to turn off the pump motor controllers of the fuel dispenser 764 and in this way prevent delivery of fuel to an unauthorized vehicle or fuel tank and prevent fuel loss if the nozzle 766 becomes inadvertently dislodged from the filler neck (FIGS. 1, 7 and 16).

A schematic diagram of the vehicle identification module 10 showing the optional active transponder wiring is illustrated in FIG. 7. The active transponder wiring, however, may be eliminated if the passive transponder 772 is used. Principal control of the vehicle identification module 10 is accomplished by a central processing unit 32 to which is attached a watch dog timer 34. Information or data from the operator identification module 22, memory key, other passive transponder, or touch button is communicated both to the CPU 32 and to a 2K bit nonvolatile memory storage device 36 where it will be stored for access by the CPU 32. Odometer and engine hour information is communicated to the CPU 32 from sensors 38 and 40, respectively.

Power voltage is supplied to the CPU 32 through a 5-volt output voltage regulator 42 connected to the 12 volt electrical system of the truck tractor. Instruction coding or programs for the operation of the CPU 32 are stored on a 32K byte memory device 46 and a 2K byte data memory device 48 is provided for the storage of data collected and processed by the vehicle identification module 10 (FIG. 7). A 32K byte programmable memory device (EEPROM) 47 serves as a means for modifying or updating the program for controlling the operation of the vehicle identification module 10. If the program originally stored on the 32K byte RAM device 46 is to be changed, a new program can be stored on the EEPROM 47 via an appropriate communication link (including the inductive coils described below). The new program will include the instructions necessary to effectively debilitate the original program stored on the RAM device 46. In this way, the program can be changed, altered, or updated as desired and from a remote location without substitution of a memory chip or device. The data bus 58 handles the communication of data and instructions between various elements of the vehicle identification module 10.

Communication between the vehicle identification module 10 and an on board computer 23 is accomplished through an RS232 communication link 52 which is connected to an SAE bus of the on-board computer system (FIGS. 1 and 7). The RS485 communication link 52 communicates with a UART 54 which in turn communicates with a clock calendar 56. The memory devices 46 and 48, the LAN controller 50 and the clock calendar 56 are all connected to the central processing unit 32 by way of a communication bus 58. In the preferred embodiment of the present invention, the fuel containers of the truck tractor 12 are all provided with uniquely coded passive transponders 722 and the hardwired connections to the fuel containers shown in FIG. 7 are not used.

In an alternative embodiment of the present invention, wherein active rather than passive transponders are employed, the vehicle identification module 10 is connected to four antennae (FIGS. 1 and 7). A fuel tank inductive coil 26 is associated with one of the fuel tanks of the truck tractor 12 and a second fuel tank coil 76 is associated with a second fuel tank. The association is preferably a hardwired connection, but may be a wireless connection. A third coil, the trailer coil, 80, is mounted at the rear of the truck tractor

12

12 for communication with the trailer 14 as described above. The vehicle identification module 10 includes an appropriate receptacle for a 2K bit memory key 22 from which is downloaded the operator identification code and company unique identification code. A 2K bit nonvolatile memory device 36 contains the identification code of the vehicle identification module 10 and the fuel type required by the truck tractor 12.

In this alternative embodiment, the fuel tank coil 26 is positioned near the filler neck of a fuel tank of the truck tractor 12 (FIGS. 5 and 7). Voltage signals from a serial data port 70 of the central processing unit 32 are communicated to the fuel tank coil 26 through a modulator 72 and a coil driver 74. A signal present at the coil driver 74 will be communicated to the fuel tank coil 26 if the latch 60 has provided the appropriate enable signal to the coil driver 74. A second fuel tank coil 76 is provided which is driven by a second coil driver 78. Communication between the truck tractor 12 and the trailer 14 may be accomplished by a trailer coil 80 and a corresponding coil driver 82 as will be described in more detail below. An oil filler neck coil 81 is provided near the engine oil filler neck (not shown) of the engine which is driven by a coil driver 83. Of course, the coil drivers 74, 78, 82, and 83 are also enabled by signals from the latch 60.

The coils 26, 76, 80, and 81 can also function as receivers. Voltage signals induced in the coils 26, 76, 80, and 81 are amplified in an amplifier 84(a)–84(d) and are communicated to the serial data port 70 of the central processing unit 32 through demodulator 86 provided the appropriate enable signal has been received by the amplifier 84(a)–84(d) from the latch 60.

In this alternative embodiment, the fuel tank coils 26 and 76 are made of thirteen six-inch diameter turns of twenty-six gauge copper wire that are embedded in a silastic rubber potting material surrounded by a polyethylene cover (FIG. 7). A 0.1 micro farad capacitor is connected across the lead wires of the coil. Together the capacitor and inductance of the coil create a tuned circuit resonant at approximately sixty-one kilohertz. The drive signal is at approximately five volts, peak-to-peak and a frequency of 60 kilohertz for a binary one. The fuel nozzle coil 28 is similarly constructed so that the coils 28 and 26 or 76 are matched for efficient intercommunication (FIGS. 7 and 14). In tests, the coils 28 and 26 of 76 described above have a read-write distance of approximately eighteen inches. This limitation on communicative proximity is desirable for the security purposes noted above. In other circumstances where the read-write distance must be greater, for example if the intercommunication coils are mounted on facing surfaces of the truck tractor and an adjacent trailer, a larger diameter coil can be constructed and will function at the above frequencies provided the tuned circuit of the coil and capacitor remains at substantially the same frequency. A pair of fourteen-inch diameter coils have a read-write distance of approximately six feet.

In the active transponder embodiment of the present invention, a latch 60 is connected to the communication bus 58 and used to operate the several input and output devices. Additionally, the data bus 58 can communicate with an on-board computer 23 such as a data collection device sold by Xata Corporation, Burnsville, Minn., via a second RS485 communication link 62. An alarm relay 64 is connected to the CPU 32 and operated thereby to sound an alarm (not shown) if an alarm condition is sensed by the central processing unit 32. A pair of fuel cap sensors 66 and 68 are connected to the central processing unit 32 to send a signal

5,913,180

13

when the corresponding fuel cap has been removed to permit access to a fuel tank of the truck tractor 12. An oil dipstick removal sensor 41 is connected to the CPU 32 to record the date, time, and operator identification on the vehicle identification module 10 of each time the oil dipstick of the tractor 12 is removed during the monitoring of the oil level.

FIG. 17 shows a vehicle transmission module 712 of the preferred embodiment of the present invention coupled to the existing Engine Control Module (ECM) 714 of the truck tractor 12. This coupling allows the truck tractor 12 to be quickly adopted for use with the present invention. The engine transmission module 712 is provided with a conversion circuit 716 to provide information in a readable form for the CPU 718 to which the conversion circuit 716 is coupled. The CPU 718 is also operably coupled to an auxiliary RS232 device 720 which receives information from RS232 onboard vehicle data capture devices (not shown) and relays them to the CPU 718. Also secured to the CPU 718 is a radio frequency modem 722 provided with a transmitter module 724 and a receiver module 726 for transmitting and receiving information via RF communication. The transmitter module 724 eliminates the optional hardwired connection of the CPU to the inductive coil 26 provided around the filler neck. By eliminating the need for hardwiring an inductive coil around the filler neck of the truck tractor 12 thereby providing an easier installation of the present invention on existing vehicles.

To assure security is maintained and that fuel is not delivered to an unauthorized vehicle, the passive transponder 772 is secured close to the filler neck of the truck tractor 12. The radio frequency modem 722 communicates information via RF communication to the terminal site controller 702. Throughout the fueling operation, the saddle pack 768 constantly inquires or "pets" the passive transponder 772 in one second intervals to assure that the nozzle 766 has not become inadvertently removed from the filler neck or that an operator is attempting to deliver fuel into an unauthorized container. Power is supplied to the engine transmission module 712 through a voltage regulator 728 which converts twelve-volt direct current into five-volt direct current. Preferably, the saddle pack 768 is designed to communicate with both active and passive devices to accommodate whichever device is provided around the filler neck of the truck tractor 12. If ease of installation is a priority, a passive device is used; if complex data transmission directly from the vehicle identification module 24 to the filler neck is a priority, an active device is used.

In the preferred embodiment of the present invention, the vehicle identification module 10 will function essentially as a communication link between the terminal site controller 702 and the ECM 714 (FIGS. 1 and 7). If no on board computer system is present, sensors transmit odometer and engine hour information to the central processing unit 32 of the vehicle identification module 10. A conversion box 716 may be interfaced with an SAE J1708 Engine Diagnostic Bus 774 to allow the engine diagnostics to be converted to RS-232 and down-loaded (FIG. 17).

A schematic diagram of the trailer identification modules 18 and 20 is illustrated in FIG. 8. Many of the principal elements of the trailer identification modules 18 and 20 are identical to that of the vehicle identification module 10 and are denoted with 100 series numbers corresponding to the numbers assigned to corresponding elements of the vehicle identification module 10 (FIGS. 7 and 8). Also attached to the data bus 158 is a 64K bit memory key device 159 which can be used to transmit up to 64K bits of information from the memory key device 159 to the trailer identification

14

module 18 or 20 or which can store up to 64K bits of information from the trailer identification module 18 or 20. The trailer identification module 18 or 20 monitors the condition of a pair of doors of the trailer 14 or 16, respectively, by way of door open sensors 111 and 113 which are connected to the central processing unit 132. A plurality of other sensor or transponder units such as the temperature sensors 115a–115c, humidity sensors 117a–117c and a proximity sensor 119, are used to monitor the temperature and humidity inside the trailer 14 and, with respect to the proximity sensor 119, the proximity of the rear of the trailer 14 to an unloading device or location. The sensors 115, 117, and 119 are analog sensors which produce voltage signals corresponding to the conditions they are sensing. The analog signals are conditioned and sent to an 8-channel multiplexer and analog digital converter 121 which provides an interface between the central processing unit 132 and the sensors so that information collected by the sensors can be stored or processed by the central processing unit 132. Additional sensors or transponders could be used for sensing engine operating parameters of the reefer power unit, for example. In the event greater than eight sensors or transponders are used additional multiplexer channels can be added. Newer model vehicle engines equipped with an engine electronic control module 714 could interface into the SAE J1708 Engine Diagnostic Bus 774.

A motor driven valve 123 for the control of the air brakes of the trailer 14 is illustrated in FIG. 8. If no signal is received from the central processing unit 132, the motor drive valve 123 will remain closed and thus prevent the air brakes from releasing. The brakes of the trailer 14 will thus be applied and prevent the trailer 14 from being moved by a tractor unit. Only if a signal is received from the CPU 132 will the motor driven valve 123 open to permit release of the air brakes and movement of the trailer 14. At unhook of the trailer 14 from the tractor 12, the motor driven valve 123 must be driven closed by the operator while a safety button is held closed. Once driven closed, the motor driven valve 123 can only be released if it receives the proper unique identification code from the vehicle identification module 10.

An automotive module 11 that is similar in construction and operation as the vehicle module 12 is illustrated schematically in FIG. 9 with 200 series figure numbers used to identify elements of the automotive module 11 that correspond to elements of the vehicle identification module 10 and trailer identification module 18. An oil dipstick removal sensor 237 has been added to record the time and date of removal of the oil dipstick, presumably to check the engine oil level. Additionally, a keyboard 225 and interface 227 are provided for the manual input of information to the central processing unit 232. An alphanumeric display 229 is also provided to display information being input from the keyboard 225 and information coming from the central processing unit 232.

It may be desired to use the present invention to monitor the use and operation of the vehicles other than a truck tractor and trailer. For example, an identification module similar to the vehicle identification module 10 and vehicle identification module 11 may be provided on mobile equipment such as a tractor, road grader, dump truck, or any other piece of mobile equipment. A mobile equipment identification module 13 is illustrated schematically in FIG. 10 with 300 series numbers identifying elements of the mobile equipment identification module 13 that correspond to elements of the identification modules 10 and 11.

The vehicle identification module 10 thus functions as an information storage and retrieval device for operating and

5,913,180

15

environmental conditions of the trailers as well as manifest information regarding cargo carried in the trailers. This capability of the vehicle identification module **10** is of particular utility for storing other information unrelated to a fuel delivery transaction. For example, service operations performed on the vehicle can be stored on the vehicle identification module to provide an accumulated service history of the vehicle that is carried with the vehicle itself. In another application, a device similar to the trailer identification module **18** or **20** could be associated with an underground storage tank. Sensors or transponders for detecting the presence of leaking fuel from the underground storage tank would be connected to the CPU **132** in the same manner as the sensors **115–119** shown in FIG. **8**. The underground storage tank module would thus function as an automatic leakage monitoring system in addition to its two-way fuel delivery transaction identification and storage and network capabilities. A passive transponder is preferably provided near a filler neck of the underground storage tank to receive information from the tank during fueling.

In addition, a 4-channel multiplexer and analog digital converter **331** is provided for the purpose of permitting the storage and processing of information from transponders or sensors as may be appropriate for the particular piece of mobile equipment to which the identification module **13** is attached. In other respects, the mobile equipment identification module **13** will function similarly to the identification modules **10** and **11** described above.

The invention can also be adapted to function with equipment which use petroleum fuel or other fluids but are not necessarily mobile or used on a frequent or continuous basis. In such circumstances, it is desirable to have an identification module which is of low power consumption so that it can be battery operated over a reasonable lifetime. A schematic diagram of a low-power threshold detector identification module **15** is illustrated in FIG. **11** with 400 series numbers identifying elements that correspond to elements of the other identification modules. The central processing unit is a low power CPU **432** with read only program memory and a serial data port **470**. It is interconnected with a nonvolatile RAM memory device **441** to which is written identification and authorization information at the time of manufacture. In a manner similar to the other identification modules, the low-power identification module can transmit information from the CPU **432** via a fuel tank coil **426** by way of a modulator **472** and coil driver **474**. To conserve power, the central processing unit **432** is turned on only when a threshold detector **443** senses that a fuel nozzle has been inserted into the filler neck of the equipment to which the low power identification module **15** has been attached. The threshold detector **443** activates a voltage switch **445** which then supplies power from a lithium battery **447** to the CPU **432**.

Illustrated schematically in FIG. **12** is a docking station **770**, with 500 series numbers identifying elements corresponding to the elements of the other identification modules described previously. The docking station **770** is provided on the fuel dispenser **764** within communicative proximity to the fuel nozzle module **24** when the nozzle **766** is docked in the dispenser **764**. The docking station **770** is provided with a fuel docking module **31** which controls the operation of the docking station **770**. The fuel docking module **31** has an alternating current power supply **587** which feeds into a power supply controller **589**. The fuel docking module **31** also has a power antennae **591** coupled to the power supply controller **589** to supply power inductively to the fuel nozzle module **24** when the nozzle **766** is docked in the docking

16

station **770**. In addition to supplying operational power to the fuel nozzle module **24**, the docking station **770** can also initialize the fuel nozzle module **24** when the nozzle **766** is docked in the docking station **770**. Preferably, a CPU **532** of the docking station **770** is provided with information regarding the pump number with which the docking station **770** is associated, the type of fuel associated with the dispenser **764**, and information regarding communication with the terminal site controller **702**. Accordingly, if the saddle pack **768** is damaged, a replacement saddle pack may quickly be substituted without the need for a complex reprogramming procedure. The replacement saddle pack is simply attached to the nozzle **766** and moved into communicative proximity with the docking station **770**. All of the initialization information needed by the fuel nozzle module **24** is then downloaded from the docking station **770** to the fuel nozzle module **24** leaving the saddle pack **768** ready for the next fueling operation.

An alternative embodiment of the docking station **770** is illustrated in FIG. **13** which shows a stand-alone charging circuit whereby instead of a regulated direct current output to the power antennae **591**, the output would consist of a regulated alternating current signal across a tuned circuit. This tuned circuit would then be inductively coupled to the fuel nozzle module **24** when the nozzle **766** is docked into the fuel dispenser **764** to provide charging power for the fuel nozzle module **24**. In another alternative embodiment of the present invention, the docking station **770** may be used simply for a recharge only docking station, the CPU **532** may be replaced. A passive transponder may then be used to identify the docking station **770** to the saddle pack **768**. When the saddle pack **768** comes within charging proximity of the docking station **770**, the docking station **770** increases power output, thereby charging the saddle pack **768**.

Preferably, the docking station **770** is hardwired or coupled via wireless communication to a printer **792** as shown in FIG. **13**. The docking station **770** is also either hardwired or coupled via wireless communication to the terminal site controller **702** which allows information regarding a fluid delivery transaction to be transmitted from the terminal site controller **702** through the docking station **770** to the printer to print out a hard copy of the fuel delivery transaction for the operator.

A fuel delivery operation between the truck tractor **12** which carries the vehicle identification module **10** and a fuel pump location having a fuel nozzle module **24** begins when the truck tractor **12** pulls into a fuel delivery location. The terminal site controller **702** polls the vehicle identification module **10** to receive engine diagnostics and transponder codes via RF communication. The operator removes the nozzle **766** from the docking station **770** of the fuel dispenser **764** and inputs a operator code into the keyboard **744** of the saddle pack **768**. Alternatively, the operator code may be placed on a magnetic strip card (not shown) and inputted via the magnetic card reader **786**. The operator code identifies the operator and authorizes fuel delivery. Once the low power radio data link **665** has relayed the operator code information to the terminal site controller **702** and the terminal site controller **702** has confirmed the operator as an authorized operator, the terminal site controller **702** relays this information to the saddle pack **768** which displays the information on the liquid crystal display **742**, informing an operator that the filling procedure may begin. Alternatively, the operator code may be stored on the passive transponder **772** and automatically confirmed when the fuel nozzle **766** is placed into the filler neck of the fuel tank as described below.

5,913,180

17

To begin fuel delivery, the operator will remove the fuel cap from the fuel tank of the truck tractor 12. The operator will then insert the fuel nozzle 766 of the fuel dispenser 764 into the filler neck of the fuel tank. When the fuel nozzle coil 28 is in communicating proximity with the passive transponder 772, the passive transponder 772 will receive an inquire signal from the fuel nozzle coil 28. Upon receipt of the inquire signal, the passive transponder 772 will transmit its unique identification code to the fuel nozzle module 24. If the unique identification code is recognized by the terminal site controller 702, the delivery of fuel will begin. Upon receipt of the unique identification code, the time and date of the same will be recorded at the terminal site controller 702, and the previously recorded diagnostic information, received from the vehicle identification module 10, including the truck tractor 12 engine hours and odometer reading, and the license number and state code of any trailers 14 and/or 16, is transmitted to the saddle pack 768 for display to the operator if requested by the operator.

During the fuel delivery operation, the fuel nozzle module 24 continues to require a unique identification code from the passive transponder 772. If no unique identification code is received, the fuel delivery will be discontinued. In the preferred embodiment, an inquire signal is transmitted at every one second interval. Accordingly, if the fuel nozzle 766 is withdrawn or becomes inadvertently removed from the filler neck of an authorized vehicle, the delivery of fuel will be promptly interrupted.

During fueling, the turbine flow sensor 774 positioned within the nozzle 766 sends a signal to the fuel nozzle module 24 which corresponds to a preselected volume of delivered fuel, e.g., ten pulses for every one-tenth of a gallon. These pulses are translated into a volume of fluid delivered and displayed on the liquid crystal display 742. In this way, the operator can keep track of the volume of fuel delivered to an authorized vehicle by monitoring the liquid crystal display 742. From the saddle pack 768 the volume information is transmitted via radio link to the terminal site controller 702. This information may also be transmitted from the terminal site controller 702 to the vehicle identification module 10 where it may be stored for later retrieval by the operator or vehicle owner.

The terminal site controller 702 can also request and receive via radio frequency communication complete diagnostic engine data from the SAE J1708 Engine Diagnostic Bus 774 via the ECM 714 of the truck tractor 12 if the truck tractor 12 is equipped with a radio frequency modem. The keyboard 744 can be used if fuel is to be delivered to a truck tractor that is not equipped with a passive transponder. In this mode, an override unique identification code would be inputted into the keyboard 744 by the operator to permit a fuel delivery operation to proceed in an override condition.

Information from either the saddle pack 768 or the vehicle identification module 10 may be transmitted to the terminal site controller 702 via low power radio frequency. From the terminal site controller 702, the information may be transmitted to a remote location such as a main frame company computer via telephone lines in the usual method or via cellular telephone intercommunication. Any or all of the diagnostic information received from the vehicle identification module 10 may be forwarded from the terminal site controller 702 to the saddle pack 768 for display to the operator. A hard copy of the fuel delivery transaction is printed by a printer connected either to the personal computer of the terminal site controller 702 or to the docking station 770. The hard copy may be stored by the owner of the service station, with a copy going to the truck tractor

18

operator and to the owner of the truck tractor 12. Additionally, a printer may be hardwired or connected via wireless communication to the docking station 770 to provide a hard copy of the fuel delivery transaction directly to the operator. If the terminal site controller 702 is connected so as to transmit information to a remote computer, the invention can be used to provide automatic data capture to allow for electronic funds transfer or ACH payment of fuel purchases and to permit generation of accounts receivable, inventory, fleet management, stocks depletion, and excise tax accounting reports of interest to the owner of the truck tractor 12 and of the service station. Preferably, this information is also provided to operator via the display 742 during a fueling operation. In lieu of this information being provided, diagnostic or promotional information may be shown on the display 742.

Information and data may be exchanged between the vehicle identification module 10 and the trailer identification module 18 either by way of a hard-wired RS232 or RS485 communication link or by intercommunicating coils similar to the fuel tank and fuel nozzle coils described above or using wireless radio communication. The advantage of the intercommunicating coils is that no independent, hard-wired connection is required, so that the connection is not subject to degradation under the severe environmental and use conditions experienced by over-the-road trucks. A truck tractor coil is mounted on the rear of the truck tractor so that it will be in communicating proximity to a trailer coil that will be mounted on the front end portion of the trailer 14. Alternatively, the tractor coil could be mounted under the fifth-wheel hub and above the frame of the tractor; the trailer coil would then be mounted on the trailer floor so that it will be above the tractor coil when the trailer is connected to the fifth wheel. Or, the tractor coil is embedded in the casting of the fifth-wheel hub and the trailer coil in the fifth-wheel plate of the trailer. Information collected by the trailer identification module 18 can thus be communicated to the vehicle identification module 10 and, conversely, odometer and time and date information can be transmitted from the vehicle identification module 10 to the trailer identification module 18. A similar set of coils are provided between the first trailer 14 and the second trailer 16 so that intercommunication between the vehicle identification module 10 and the second trailer identification module 20 can occur.

The fuel nozzle module 24 is also provided with an identification code which is preferably software set on either the EEPROM 647 or the CPU 632. Because the identification code is set by software, it may be reset remotely from the terminal site controller 702 or directly from the keyboard 744. This software setting of the identification code allows the identification code to be quickly changed without having to open up the saddle pack 768.

At hook up of the truck tractor 12 and the trailer 14, a unique identification code is transmitted from the truck tractor 12 to the trailer 14 through the coils 80 and 126. If the trailer identification module 18 recognizes the unique identification code, it will respond with its resident identification code and totalized mileage. This information is stored at the vehicle identification module 10. If manifest information has been stored at the trailer identification module 18, it will also be transmitted for storage at the vehicle identification module upon hookup.

If the trailer 18 is a refrigerated trailer, or "reefer" the vehicle identification module will request a systems check of the conditions, for example temperature and humidity, inside the refrigerated trailer. Such information is available on the trailer identification module from its sensors 115 and 117.

19

Additionally, whether the doors are open on the refrigerated trailer could be monitored as well as fuel level in the engine which powers the refrigeration unit of the refrigerated trailer.

The trailer identification module **18** is connected to the electrical system of the truck tractor **12**. When the trailer **14** is unhooked from the truck tractor **12**, the trailer identification module **14** senses the loss of power and built in capacitors provide the power to write data to nonvolatile memory of the trailer identification module **18** for storage. In this way, total accumulated mileage of the trailer **14** is always available from the trailer identification module **18** even though it may not be always powered. If the trailer **14** is a refrigerated trailer, power will be available from the refrigerated unit.

An information and power input module is located at the rear of the trailer **14** and communicates with the trailer identification module **18**. Information regarding the manifest or cargo to be carried by the trailer **14** can be input via this communication linkage which is connected to the RS485 driver **152** of the trailer identification module **18**.

A theft prevention function is built in to the trailer identification module **18**. If, at the time of hookup, the trailer identification module **18** receives an appropriate company unique identification code, the motor driven valve **123** is opened and the air line is opened to the air brakes of the trailer **14**. When the truck tractor **12** is unhooked from the trailer **14**, the operator will hold a switch down and manually drive the solenoid to the closed position to put the trailer in a "safe" condition.

The automotive identification module **11** (FIG. **9**) functions very similarly to the vehicle identification module **10**, and as explained above, has similar components. A 2K memory key **22** is inserted by an operator into an appropriate receptacle of the automotive identification module **11**. The automotive identification module records the operator's identification number and unique identification code and records on the memory key **22** the time and date every time that the automobile engine is started and stopped along with a chart of accounts and a business or personal mileage designation. Additionally, the vehicle identification code is written to the memory key **22** upon its insertion by the operator.

A 64K memory key **259** is used with the automotive identification module **11** to act as a portable random access memory device for data and information storage and downloading of such information which is written to the key by the automotive identification module **11**. Inputs from the odometer **240** and ignition transponders **238** are written to the memory key **259** when the vehicle is started and stopped so as to provide a corresponding log of miles and engine hours along with the clock time of starting and stopping of the automobile. An optional keyboard **225** can be used to provide a means for inputting a chart of accounts and for selecting a credit card identification code which is stored in the memory of the automobile identification module **11** to provide authorization for payment of fuel via the stored credit card information. This credit card information can be accessed only through the inductive link between the coils of the fuel nozzle and the fuel filler neck. While the automobile identification module **11** is primarily powered by power from the battery of the automobile, a lithium battery **244** is provided for backup power for the clock/calendar module **246**.

An additional application of the invention is the mobile construction equipment identification module **13** (FIG. **10**). As with the automobile identification module **11**, a 2K bit

20

memory key **322** or a 64K bit memory key (not shown) may be used to input the company unique identification code for fueling, the operator identification code and other such information for downloading to the mobile construction equipment identification module **13**. All other features remain substantially unchanged. An additional capacity is provided by the four channel multiplexer and analog to digital converter **331** which permits four transponders to be connected to the central processing unit **332** for monitoring of operating conditions of the construction equipment on which the identification module **13** is mounted. For example, engine oil level could be monitored and connected to an alarm, and so on.

The module **13** has particular applicability in the airline industry wherein the fuel filler necks of the airplane tanks are equipped with passive transponders **326** and fuel is delivered from a mobile truck equipped with a fuel nozzle module **24** as described above. The fuel nozzle module **24** would communicate and interact with a module (not shown) located within the truck to ensure that only the proper type of fuel was delivered, to automatically record on the airplane and at the terminal site controller **702** the type of fuel delivered, the date and time, quantity, operator identification, and other useful information.

The invention also contemplates a low power threshold detector module **15** (FIG. **11**) for use on equipment which does not include a battery or other power means. The low power threshold detector module **15** has recorded in nonvolatile RAM **441** a company, vehicle, and fuel type code. This code is recognized by fuel pumps that are owned by the owner of the equipment on which the low power threshold detector module **15** is mounted. The low power identification module **15** remains inert until a threshold detector **443** is breached after which power is provided from a lithium battery **447** through a voltage switch **445** to a central processing unit **432**.

As shown in FIG. **18**, the vehicle identification module **10** may be read by a nonfueling device, such as a laptop computer **754** coupled to a bar code wand **756** and a low power radio data link **758** similar to those described above. Alternatively, a pen key **760**, such as that supplied by Norand®, which incorporates a radio data link and a bar code reader, may be used for data collection and processing for information received from the vehicle identification module **10** and for communication back and forth with the terminal site controller **702**. This alternative embodiment allows service personnel to quickly diagnose problems associated with the truck tractor **12** and to receive information from the terminal site controller **702** regarding periodic maintenance such as oil changes and tune-ups. The low power radio data link **758** may also be coupled to a network card **782** which allows the laptop computer **754** to communicate directly with a computer network.

As an alternative to the preferred stationary fuel pump location, fuel may delivered to vehicles by a mobile pump truck (not shown). Included in the invention is a pump truck terminal site controller **17** which is illustrated schematically in FIG. **19**, with 800 series numbers identifying elements corresponding to similar elements of the other identification modules described previously. The pump truck site controller **17** is preferably located in the cab of the mobile truck.

The pump truck terminal site controller **17** differs in that the CPU **832** is coupled to a latch **860** which, in turn, is coupled to several control relays which are positioned between a pump (not shown) and several hoses **762**. As in the aforementioned embodiments of the present invention,

5,913,180

21

each hose 762 is secured to a nozzle 766 having a saddle pack 768. As each control relay is opened, fuel is allowed to flow from the pump through the associated hose 762.

To begin fueling from the pump truck, the nozzle 766 which dispenses the desired fluid is removed from the associated docking station 770 and placed within a filler neck of a fluid container (not shown). Upon insertion, the saddle pack 768 sends a power signal to the passive transponder 772 associated with the fluid container to obtain an identification code. Upon receipt of the identification code, the saddle pack 768 transmits this information to the pump truck site controller 17 which cross checks the code to assure fluid is being delivered to an authorized vehicle and to check the proper fluid type which is to be delivered. The pump truck terminal site controller 17 signals the latch 860 to energize the correct control relay to allow the appropriate fluid to be dispensed. Upon actuation of the proper control relay, the correct fluid travels to the nozzle 766 where the operator may dispense the fluid into the fluid container. If the operator has inadvertently placed the wrong nozzle into the fluid container, the pump truck site controller 17 will not actuate the associated control relay, thereby preventing an incorrect fluid from being dispensed into the fluid container. The pump truck site controller 17 is preferably provided with an override mechanism (not shown) to permit the delivery of fluid to authorized vehicles which do not have an appropriate passive transponder or other identification module. The override mechanism may be triggered by the operator by inputting a code into the saddle pack 768 which is communicated to the pump truck site controller 17. The pump truck site controller 17 is also preferably provided with a global positioning satellite receiver 833 coupled to the serial data port 870 which allows the recordation of the delivery site for a particular fluid delivery transaction. The global positioning satellite receiver 833 may also be used in association with the stationary terminal site controller 702, but there is a particular advantage in the mobile situation given that subsequent mobile fueling operations rarely take place in the same geographic location. The pump truck site controller 17 is also coupled to the turbine flow sensor 774 or other fluid flow monitor positioned within the stream of fluid delivery. The turbine flow sensor 774 produces a signal which passes through a conditioner to obtain a digital output which is forwarded to a multiplex card connected to the bus 858 of the pump truck terminal site controller 17.

The preferred embodiment described herein is a liquid petroleum fuel delivery system. The invention can, of course, be used with a delivery system for any fluid, such as water, compressed gases, pharmaceuticals via intravenous injection, ammonia, solvents, engine oil, transmission fluid, paint, beverages, herbicides and pesticides, and so on.

What is claimed is:

1. A fluid delivery nozzle for delivering fluid from a fluid delivery device to a fluid container and for communicating information regarding a fluid delivery transaction to a remote device, said fluid delivery nozzle comprising:

(a) a nozzle capable of controlling a flow of a fluid from a fluid delivery device to a fluid container;

(b) input means provided on said nozzle for allowing information regarding the fluid delivery transaction to be inputted into said nozzle;

(c) display means provided on said nozzle for allowing information regarding said fluid delivery transaction to be displayed on said nozzle;

(d) an information storage and retrieval device operably coupled to said nozzle;

22

(e) transmitting means coupled to said nozzle input means for transmitting information regarding the fluid delivery transaction; and

(f) receiving means coupled to said display means for receiving information regarding the fluid delivery transaction.

2. The fluid delivery nozzle of claim 1, wherein said input means is a keypad.

3. The fluid delivery nozzle of claim 1, wherein said display means is a liquid crystal display.

4. The fluid delivery nozzle of claim 1, wherein the transmitting means is a radio operably coupled to the nozzle.

5. The fluid delivery nozzle of claim 1, wherein the receiving means is a radio receiver operably coupled to the nozzle.

6. The fluid delivery nozzle of claim 1, wherein said input means, said display means, said information storage and retrieval device, said transmitting means, and said receiving means are all secured to a housing which is releasably secured to said nozzle.

7. The fluid delivery nozzle of claim 1, further comprising a fluid flow meter provided on said nozzle within a stream of fluid flow.

8. A fluid delivery nozzle for delivering fluid from a fluid delivery device to a fluid container and for communicating information regarding a fluid delivery transaction to a remote device, said fluid delivery nozzle comprising:

(a) a nozzle capable of controlling a flow of fluid from a fluid delivery device to a fluid container;

(b) a keypad provided on said nozzle;

(c) a display provided on said nozzle;

(d) an information storage and retrieval device operably coupled to said nozzle;

(e) a radio transmitter operably coupled to said input means and capable of transmitting the information regarding the fluid delivery transaction; and

(f) a radio receiver operably coupled to the display and capable of receiving information regarding the fluid delivery transaction.

9. The fluid delivery nozzle of claim 8, wherein said keypad, said display, said information storage and retrieval device, said radio transmitter, and said radio receiver are all secured to a housing which is releasably secured to said nozzle.

10. The fluid delivery nozzle of claim 8, further comprising a fluid flow meter provided on said nozzle within a stream of fluid flow.

11. An apparatus for wireless communication of information relative to a fluid delivery transaction from a remote location to a nozzle, comprising:

(a) a fluid container;

(b) a first information storage and retrieval device associated with said fluid container;

(c) a second information storage and retrieval device associated with the nozzle;

(d) a third information storage and retrieval device located at the remote location which is in communicative proximity with the nozzle;

(e) first means associated with said first information storage and retrieval device for communicating via wireless communication with said second information storage and retrieval device;

(f) second means associated with said second information storage and retrieval device for communicating via wireless communication with said first information storage and retrieval device;

5,913,180

23

(g) third means associated with said second information storage and retrieval device for communicating via wireless communication with said third information storage and retrieval device;

(h) fourth means associated with said third information storage and retrieval device for communicating via wireless communication with said second information storage and retrieval device;

(i) security means associated with said second information storage and retrieval device for authorizing a fluid delivery from the nozzle to said fluid container, only upon provision by said first information storage and retrieval device of an identification signal approved by said second information and retrieval device;

(j) means associated with said second information storage and retrieval device for displaying information relative to a fluid delivery transaction on the nozzle; and

(k) means associated with the nozzle for allowing a operator to input information into said second information storage and retrieval device from the nozzle.

**12**. The apparatus of claim **11**, wherein said transmitting means comprises:

(i) a first antennae coupled to said third information storage and retrieval device;

(ii) a second antenna coupled to said second information storage and retrieval device; and

(iii) wherein said information is exchanged via signals transmitted from said first antennae and received by said second antenna.

24

**13**. The apparatus of claim **11**, wherein said means associated with the nozzle for displaying information relative to said fluid delivery transaction on the nozzle is a liquid crystal display.

**14**. The apparatus of claim **11**, wherein said means associated with the nozzle for allowing a operator to input information into said second information storage and retrieval device from the nozzle is a keypad.

**15**. The apparatus of claim **11**, wherein said security means is a passive transponder positioned on said fluid container for communication with said second information storage and retrieval device during said fluid delivery.

**16**. The apparatus of claim **11**, wherein said transmitting means comprises:

(a) a first inductive coil communication link associated with said fluid container; and

(b) a second inductive coil communication link associated with the nozzle.

**17**. The apparatus of claim **16**, further comprising:

(a) a fluid delivery orifice of said fluid container;

(b) wherein said first inductive coil communication link is located adjacent said fluid delivery orifice;

(c) wherein said second inductive coil communication link is located adjacent the nozzle; and

(d) wherein said coils are in transmitting and receiving alignment and proximity when the nozzle is inserted into said fluid delivery orifice during said fluid delivery transaction.

\* \* \* \* \*