IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RYDEX TECHNOLOGIES LLC,<br><br>    Plaintiff,<br><br>v.<br><br>IRADIMED CORPORATION,<br><br>    Defendant. | Civil Action No. 13-670-RGA<br><br>JURY TRIAL DEMANDED |

**PLAINTIFF RYDEX TECHNOLOGIES LLC'S**
**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Plaintiff Rydex Technologies LLC ("Rydex") hereby files this Notice of Voluntary Dismissal Without Prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1). Defendant IRadimed Corporation, ("Defendant"), has not answered the Complaint nor filed a summary judgment motion. Pursuant to Rule 41(a)(1), Plaintiff Rydex voluntarily dismisses all claims against Defendant without prejudice. Each party shall bear its own attorneys' fees and costs.

Dated: October 18, 2013                STAMOULIS & WEINBLATT LLC

                                       */s/ Stamatios Stamoulis*
                                       Stamatios Stamoulis #4606
                                               stamoulis@swdelaw.com
                                       Richard C. Weinblatt #5080
                                               weinblatt@swdelaw.com
                                       Two Fox Point Centre
                                       6 Denny Road, Suite 307
                                       Wilmington, DE 19809
                                       Telephone: (302) 999-1540

                                       *Attorneys for Plaintiff*